# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No.  2:24-cv-04605-FWS-MAA                        Date  February 18, 2025

Title:  Myrna Mahmud-Bey v. Luxottica of America Inc. et al

Present: The Honorable  FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

|  Rolls Royce Paschal  | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                   Attorneys Present for Defendants:

Not Present                                         Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated  10/21/24  .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    rrp

CV-74 (10/08)                    CIVIL MINUTES -REOPENING/CLOSING